UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRISTOPHER JOHNSON and TARA FOLLARI-JOHNSON, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; GENERAL MOTORS COMPANY, a Delaware Corporation,<br><br>Defendants. | Civil Action No. 2:14-CV-07924-KM-MAH<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, through their undersigned counsel, Scarinci & Hollenbeck, LLC and Capstone Law APC, attorneys of record for plaintiffs Christopher Johnson and Tara Follari-Johnson (collectively, "Plaintiffs"), and Seyfarth Shaw LLP, attorneys of record for defendants General Motors LLC and General Motors Company (collectively, "Defendants"), hereby state as follows:

WHEREAS, Plaintiffs filed the Class Action Complaint on December 19, 2014;

WHEREAS, Defendants filed their Motion to Dismiss on March 16 , 2015;

WHEREAS, in lieu of further briefing on Defendants' Motion to Dismiss, the parties have reached a good faith resolution, pursuant to which Plaintiffs have agreed to voluntarily dismiss this action and their claims against Defendants with prejudice in exchange for adequate consideration;

WHEREAS, in reaching this good faith resolution, Defendants expressly deny any liability for the claims alleged against them in this action;

WHEREAS, a class has not been certified in this action as of the date of this Stipulation, and therefore court approval under Fed. R. Civ. P. 23(e) is not required;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1), IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, and therefore IT IS on this 4th day of May, 2015, ORDERED that this action and the claims of plaintiffs be, and the same hereby are, dismissed with prejudice, and without costs to any party, all rights of appeal withdrawn and waived.

**STIPULATED AND AGREED:**

By: /s/ Joel R. Glucksman

Joel R. Glucksman (020331976)
**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Avenue
Lyndhurst, New Jersey 07071
201-896-4100
*JGlucksman@scarincihollenbeck.com*

Tarek H. Zohdy
**CAPSTONE LAW APC**
1840 Century Park East, Suite 450
Los Angeles, CA 90067
310-556-4811
*Tarek.Zohdy@capstonelawyers.com*

*Attorneys for Plaintiffs, Christopher Johnson and Tara Follari-Johnson*

By: */s/ Ardrelle M. Bahar*

Ardrelle M. Bahar (039192001)
**SEYFARTH SHAW, LLP**
975 F Street, N.W.
Washington, D.C. 20004
202-828-3574
*abahar@seyfarth.com*



19677432v.1

James C. McGrath (*admitted pro hac vice*)
**SEYFARTH SHAW, LLP**
Two Seaport Lane, Suite 300
Boston, MA 02210
617-946-4800
*jcmcgrath@seyfarth.com*

Daniel Blouin (*admitted pro hac vice)*
**SEYFARTH SHAW, LLP**
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
*dblouin@seyfarth.com*

*Attorneys for Defendants, General Motors Company and General Motors LLC*

**SO ORDERED:**

________________________________________
Hon. Kevin McNulty
United States District Judge